2522-CC09849

# MISSOURI CIRCUIT COURT TWENTY-SECOND JUDICIAL CIRCUIT

2025 DEC -5  PM 12:05

Plaintiff: Bruce Hunter Jr.
Address: 2218 Portis Ave, St. Louis, MO 63110
Phone: (314) 261-8710
Email: anthony39.314@gmail.com

CLERK

## Vs

Defendants:
- St. Louis Metropolitan Police Department
- City of St. Louis
- Detective Ryan Buscemi (individual and official capacity)
- First Student, Inc.
- Tarence Hardwick (Bus Driver)

Requested Relief: Compensatory and punitive damages totaling $18,000,000, majority attributed to First Student, Inc.

# CASE TYPE DESCRIPTION

Parties
Plaintiff: Bruce Hunter Jr., resident of St. Louis, MO.
Defendants: As listed above. Minor Victims A & B are plaintiff's children involved in the incident.

Statement of Facts
On March 15, 2021, Plaintiff was driving his 2018 Ford Mustang GT with his two minor children as passengers when a First Student school bus operated by Tarence Hardwick struck his vehicle with significant force, causing the car to spin approximately 360 degrees.

Plaintiff called 911 twice: police and EMS andLater, Plaintiff attempted to report a false robbery to protect against possible child services intervention. Detective Ryan Buscemi later contacted Plaintiff, requesting him to come to Sublette Police Station.

At the station, Plaintiff was placed alone with Detective Buscemi and coerced into signing a document stating he would not pursue claims against the bus driver or First Student, Inc., under threat constant harassment Causing him to eventually end up losing custody of his children after telling detective Buscemi the robbery report was made by himself, after watching the first student bus continue on after impact. Plaintiff received a tow slip that was not valid and was never arrested, issued citations, or read his Miranda rights.

Causes of Action
1. Violation of Civil Rights – 42 U.S.C. §1983 (Detective Buscemi, SLMPD, City of St. Louis)
2. Conspiracy to Interfere with Civil Rights – 42 U.S.C. §1985 (Detective Buscemi, SLMPD)
3. Negligence (First Student, Inc. & Tarence Hardwick)
4. Intentional Infliction of Emotional Distress (All Defendants)

**EXHIBIT A**

5. Obstruction of Justice / Abuse of Process (Detective Buscemi & SLMPD)

Relief Sought
- Compensatory and punitive damages totaling $18,000,000, majority attributed to First Student, Inc.
- Injunction ordering defendants not to retaliate and to release all records related to the incident and investigation
- Attorney's fees and court costs

Demand for Jury Trial
Plaintiff demands a trial by jury on all issues so triable.

Verification
I, Bruce Hunter Jr., declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Bruce Hunter Jr.
Date: 12/3/25

ANDREA WILSON
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Aug. 14, 2029
Commission # 25592499

Sworn to and subscribed before me this 3
date of December , 2025.
Witness my hand and official seal.
Notary Public

# MISSOURI CIRCUIT COURT TWENTY-SECOND JUDICIAL CIRCUIT

Plaintiff: Bruce Hunter Jr.

Address: 2218 Portis Ave. St. Louis. MO
63110 Phone: (314) 261-8710
Email: anthony39.314@gmail.com

## VS

Defendants:

- City of St. Louis

- St. Louis Metropolitan Police Department

- Detective Ryan Buscemi

- First Student. Inc.

- Tarence Hardwick (Bus Driver)


Court: U.S. District Court for the Eastern District of Missouri
Jurisdiction: Federal Question (28 U.S.C. §1331)
Nature of Suit: 440 Civil Rights – Other
Cause of Action: 42 U.S.C. §1983. §1985: state law claims
Requested Relief: $18.000.000 and Injunction

I hereby certify that on this _____ day of _____, 2025, a true and correct copy of the Verified Civil Rights Complaint and Civil Cover Sheet has been served upon the following defendants by certified mail, return receipt requested, or via their registered agents:

- St. Louis Metropolitan Police Department, c/o City of St. Louis Law Department, 1200 Market St., St. Louis, MO 63103
- City of St. Louis, c/o City of St. Louis Law Department, 1200 Market St., St. Louis, MO 63103
- Detective Ryan Buscemi, c/o St. Louis Metropolitan Police Department, 1915 Olive St., St. Louis, MO 63103
- First Student, Inc., Registered Agent, 2001 Spring Rd., Oak Brook, IL 60523
- Tarence Hardwick, c/o First Student, Inc., 2001 Spring Rd., Oak Brook, IL 60523

Bruce Hunter Jr.
Date: 12/3/25

Sworn to and subscribed before me this 3 date of December, 2025.
Witness my hand and official seal.
Notary Public

ANDREA WILSON
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Aug. 14, 2029
Commission # 25592499

# Civil Cover Sheet (JS-44)

Plaintiff: Bruce Hunter Jr.
Address: 2218 Portis Ave, St. Louis, MO 63110
Phone: (314) 261-8710
Email: anthony39.314@gmail.com

Defendants:
- St. Louis Metropolitan Police Department
- City of St. Louis
- Detective Ryan Buscemi
- First Student, Inc.
- Tarence Hardwick (Bus Driver)

Court: U.S. District Court for the Eastern District of Missouri
Jurisdiction: Federal Question (28 U.S.C. § 1331)
Nature of Suit: 440 Civil Rights – Other
Cause of Action: 42 U.S.C. § 1983, § 1985; state law claims
Requested Relief: $24,000,000 and Injunction

# Certificate of Service

I hereby certify that on this _____ day of _____, 2025, a true and correct copy of the Verified Civil Rights Complaint and Civil Cover Sheet has been served upon the following defendants by certified mail, return receipt requested, or via their registered agents:

- St. Louis Metropolitan Police Department, c/o City of St. Louis Law Department, 1200 Market St., St. Louis, MO 63103
- City of St. Louis, c/o City of St. Louis Law Department, 1200 Market St., St. Louis, MO 63103
- Detective Ryan Buscemi, c/o St. Louis Metropolitan Police Department, 1915 Olive St., St. Louis, MO 63103
- First Student, Inc., Registered Agent, 2001 Spring Rd., Oak Brook, IL 60523
- Tarence Hardwick, c/o First Student, Inc., 2001 Spring Rd., Oak Brook, IL 60523


_____

Bruce Hunter Jr.
Date: _____

5. Obstruction of Justice / Abuse of Process (Detective Buscemi & SLMPD)

Relief Sought
- Compensatory and punitive damages totaling $24,000,000, majority attributed to First Student, Inc.
- Injunction ordering defendants not to retaliate and to release all records related to the incident and investigation
- Attorney's fees and court costs

Demand for Jury Trial
Plaintiff demands a trial by jury on all issues so triable.

Verification
I, Bruce Hunter Jr., declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

_____

Bruce Hunter Jr.
Date: _____

# FREDMAN & FREDMAN, P.C.

Attorneys at Law
The Chase Park Plaza
212 N. Kingshighway – Suite 1027
St. Louis, Missouri  63108

Richard A. Fredman
Mark S. Fredman

Phone:  (314) 454-1200
Fax:  (314) 454-1256

E-mail: info@fredmanlaw.com

March 26, 2021

SENT VIA HAND DELIVERY:

RE:  Bruce Anthony Hunter

Dear Detective Buscemi;

As a follow up to our phone conference this morning, I am representing Bruce Hunter.  I have made arrangement with you to surrender him at the Third District Station to begin the process of withdrawing the hold on his vehicle, a 2018 Ford Mustang that is at City Towing.  I have authorized my client to acknowledge to you that he was the driver of the car in question but he does not have liability insurance at this time.  He does not wish to make any further statement about any incident under investigation.  It is my understanding that he will be issued a summons for the offense of Leaving the Scene of an Accident and given a release for his vehicle.  Thank you for your cooperation and courtesy in this regard.  Please contact me if there are any further questions.  I will make sure my client comes to court to resolve the matter when appropriate.

Yours very truly,

Mark S. Fredman