| Respond to Selected Documents

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**03/25/2026**

**Summons Returned Non-Est**
Document ID - 26-SMCC-1929; Served To - TARENCE HARDWICK; Served Date - 03/20/2026; Served Time - 13:29:55; Service Type - SD; Reason Description - NEST; Service Text -
**Notice of Service**
26-SMCC-1929.
**Agent Served**
Document ID - 26-SMCC-1927; Served To - FIRST STUDENT INC; Served Date - 03/18/2026; Served Time - 10:52:03; Service Type - SD; Reason Description - SERV; Service Text -
**Notice of Service**
26-SMCC-1927.

**03/13/2026**

**Summons Returned Non-Est**
Document ID - 26-SMCC-1926; Served To - ST. LOUIS CITY MUNICIPAL POLICE DEPT; Served Date - 03/11/2026; Served Time - 09:25:35; Service Type - SD; Reason Description - NEST; Service Text -
**Notice of Service**
26-SMCC-1926.

**03/11/2026**

**Summons Returned Non-Est**
Document ID - 26-SMCC-1928; Served To - RYAN BUSCEMI; Served Date - 03/09/2026; Served Time - 10:25:12; Service Type - SD; Reason Description - NEST; Service Text -

**03/10/2026**

**Notice of Service**
26-SMCC-1928.

**03/02/2026**

**Summons Issued-Circuit**
Document ID: 26-SMCC-1929, for HARDWICK, TARENCE
**Summons Issued-Circuit**
Document ID: 26-SMCC-1928, for BUSCEMI, RYAN
**Summons Issued-Circuit**
Document ID: 26-SMCC-1927, for FIRST STUDENT INC
**Summons Issued-Circuit**
Document ID: 26-SMCC-1926, for ST. LOUIS CITY MUNICIPAL POLICE DEPT

**01/06/2026**

**Jury Trial Scheduled**

**Scheduled For:** 06/08/2026; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

**12/05/2025**

**Judge Assigned**
**Ord Allow In Forma Pauperis**

**Filed By:** BRUCE A HUNTER JR
**Confid Filing Info Sheet Filed**

**Filed By:** BRUCE A HUNTER JR
**Petition Filed - No Fees**

**Filed By:** BRUCE A HUNTER JR

**EXHIBIT B**

# FILED AS A POOR PERSON
## Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC09849 | |
|---|---|---|
| Plaintiff/Petitioner: BRUCE A HUNTER JR <br> vs. | Plaintiff's/Petitioner's Attorney/Address | |
| Defendant/Respondent: ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO  63101 | (Date File Stamp for Return) |
| Nature of Suit: CC Other Miscellaneous Actions | | |

**The State of Missouri to:**   **FIRST STUDENT INC**
**Alias:**
**CT CORPOATION SYSTEM, RAGT**
**120 SOUTH CENTRAL AVE**
**CLAYTON, MO  63105**

**Other Addresses:**

ST LOUIS COUNTY SHERIFF

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

3/2/2026
Date

Clerk

**Further Information:**

**Case Number: 2522-CC09849**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____
                                                                            Date                              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1927**
4 of 2 (2522-CC09849)                                   Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                                                      54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# FILED AS A POOR PERSON
## Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number:  2522-CC09849** |
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address |
| Defendant/Respondent:<br>ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

(Date File Stamp for Return)

**The State of Missouri to:**   **FIRST STUDENT INC**
**Alias:**
**CT CORPOATION SYSTEM, RAGT**
**120 SOUTH CENTRAL AVE**
**CLAYTON, MO  63105**

**Other Addresses:**

**ST LOUIS COUNTY SHERIFF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

_____3/2/2026_____
Date

Clerk

**Further Information:**

**Case Number: 2522-CC09849**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____     _____
Printed Name of Officer or Server              Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*      My commission expires: _____ _____
                          Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC09849 | |
|---|---|---|
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><div align="center">vs.</div> | Plaintiff's/Petitioner's Attorney/Address | |
| Defendant/Respondent:<br>ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |

The State of Missouri to:    **RYAN BUSCEMI**
**Alias:**
**FIRST DISTRICT POLICE STATION**
**6018 S GRAND BLVD**
**SAINT LOUIS, MO  63111**

Other Addresses:

## FILED AS A POOR PERSON

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

_____3/2/2026_____
Date

_____
Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1928**
5 of 2 (2522-CC09849)                          Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Case Number: 2522-CC09849**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date)
at _____ (time).

| | |
|---|---|
| Printed Name of Officer or Server | Signature of Officer or Server |

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                            Date                        Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | Case Number: 2522-CC09849 |
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><div align="center">vs.</div> | Plaintiff's/Petitioner's Attorney/Address |
| Defendant/Respondent:<br>ST. LOUIS CITY MUNICIPAL POLICE<br>DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp for Return) |

**The State of Missouri to:    ST. LOUIS CITY MUNICIPAL POLICE DEPT**
**Alias:**
**C/O LEGAL DEPARTMENT**
**1915 OLIVE STREET**
**SAINT LOUIS, MO  63103**

**Other Addresses:**

## FILED AS A POOR PERSON

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*CITY OF ST LOUIS*

| 3/2/2026 | |
|---|---|
| Date | Clerk |

**Further Information:**

**Case Number: 2522-CC09849**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
Printed Name of Officer or Server                     Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____    _____

                                        Date                        Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC09849 |
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><div align="center">vs.</div> | Plaintiff's/Petitioner's Attorney/Address |
| Defendant/Respondent:<br>ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp for Return) |

**The State of Missouri to:**   **ST. LOUIS CITY MUNICIPAL POLICE DEPT**
**Alias:**
**C/O LEGAL DEPARTMENT**
**1915 OLIVE STREET**
**SAINT LOUIS, MO 63103**

**Other Addresses:**

## FILED AS A POOR PERSON

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

<u>3/2/2026</u>
Date

_____
Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1926**
1 of 2 (2522-CC09849)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Case Number: 2522-CC09849**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*     My commission expires: _____   _____

                                Date                              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# FILED AS A POOR PERSON
## Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC09849 | |
|---|---|---|
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address | |
| Defendant/Respondent:<br> ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |

**The State of Missouri to:   TARENCE HARDWICK**
**Alias:**
**8557 JANE AVENUE**
**ST LOUIS, MO  63121**

**Other Addresses:**

<div align="center">

**ST LOUIS COUNTY SHERIFF**

</div>

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*CITY OF ST LOUIS*

<div align="center">

3/2/2026
Date

Clerk

</div>

**Further Information:**

**Case Number: 2522-CC09849**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address) in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                    Date                            Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - March 25, 2026 - 12:16 PM

3-81  31-1645-CC  3/20-0613-NC
3/18-1240-LC  SM/S  Vacant  1817

RETURN
SB
4-1

# FILED AS A POOR PERSON
## Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number:  2522-CC09849 |
|---|---|
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address |
| Defendant/Respondent:<br> ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp for Return) |

**The State of Missouri to:  TARENCE HARDWICK**
**Alias:**
**8557 JANE AVENUE**
**ST LOUIS, MO  63121**

FLYND

**Other Addresses:**

**ST LOUIS COUNTY SHERIFF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**CITY OF ST LOUIS**

_____3/2/2026_____     _____Thomas Kloppinger_____
Date                                          Clerk

**Further Information:**

WW 3-16-24

RECEIVED
2026 MAR 16  AM 8:06
ST. LOUIS COUNTY SHERIFF'S OFFICE

Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - March 25, 2026 - 12:16 PM

**Case Number: 2522-CC09849**

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: _Non Est - Vacant, per neighbor_____.

Served at _____ (address)

in __ST. Louis_____ (County/City of St. Louis), MO, on __3/20/26___ (date)

at _0945____ (time).

__DANIEL FLYNN_____        _____
     Printed Name of Officer or Server          Signature of Officer or Server
_DEPUTY SHERIFF_

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*        My commission expires: _____ _____
                                    Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1929**
2 of 2 (2522-CC09849)                    Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                    54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# ALFRED MONTGOMERY
## SHERIFF

CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

315-168 (Rev 7/17)

## Return of Service on Summons/Petition and Subpoena

**Defendant** _Ryan Buscemi_    **Doc. ID Number** _____

**Address** _6018 S Grand_    **Case Number** _2522-CC09849_

**Executed:**    ☑ **Summons / Petition**    ☐ **Subpoena**

I hereby certify that I served the within **summons and petition** by:

☑ Subpoena   **How Served:** _____

☐ Posting copy of Summons and copy of Petition, to dwelling listed on above address.

☐ Delivering a copy of the summons and a copy of the petition, to the Defendant/Respondent.
**How Served:** _____

☐ Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of the Defendant/Respondent with a family member over the age of 15 years _____

☑ Non-Est Reason: _Not Correct Address_

☐ For service on a **Corporation/Partnership**: by delivering a copy of the Eviction/Replevin/Writ of Possession to

☐ An Agent and/or Appointed Agent:_____(name) _____(title).

☐ A Partner:_____(name) _____(title).

☐ A Managing or General Agent: _____(name) _____(title).

☐ The person in charge of defendant's business office _____(name)
_____(title).

☐ The Registered Agent:_____(name) _____(title).

☐ Non-Est Reason: _____

☐ For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of the petition to:

☐ The Registered Agent: _____(name) _____(title).

☐ An Authorized Person: _____(name) _____(title).

☐ An Organizer: _____(name) _____(title).

☐ Non-Est Reason: _____

Served at _Not Correct address_ (address)

in (**City of St. Louis**), MO, on _3-9-26_ (date) at _____ (time).

_DS L. STEWART_ | _DS Leslie Stewart   516_
Print name of Sheriff or Server | Signature of Sheriff or Server

A copy of the execution must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - March 10, 2026 - 03:49 PM

Electronically Filed - CITY OF ST. LOUIS - March 10, 2026 - 03:49 PM



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

RECEIVED

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC09849 **26 MAR -3 AM 8: 11** | |
|---|---|---|
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address | |
| Defendant/Respondent:<br> ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Other Miscellaneous Actions | | |

**The State of Missouri to:**  RYAN BUSCEMI
**Alias:**
**FIRST DISTRICT POLICE STATION**
**6018 S GRAND BLVD**
**SAINT LOUIS, MO  63111**

**Other Addresses:**

## FILED AS A POOR PERSON

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

3/2/2026
Date

Thomas Kloppinger
Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1928**
5 of 2 (2522-CC09849)                                    Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - March 25, 2026 - 10:50 AM

# FILED AS A POOR PERSON
## Summons in Civil Case

**RETURN**

SB
4-1

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: **2522-CC09849** |
|---|---|
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address |
| Defendant/Respondent:<br>ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

(Date File Stamp for Return)

The State of Missouri to:  **FIRST STUDENT INC**

Alias:
**CT CORPOATION SYSTEM, RAGT**
~~120 SOUTH CENTRAL AVE~~
**CLAYTON, MO  63105**

*30 Clerk*

*5661 TELEGRAPH RD STE 4B SAINT LOUIS, MO 63129*

Other Addresses:

**ST LOUIS COUNTY SHERIFF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**CITY OF ST LOUIS**

3/2/2026
——————
Date

*Thomas Kloppinger*
——————
Clerk

**Further Information:**

RECEIVED 2026 MAR 16 AM 8:06 ST. LOUIS COUNTY SHERIFF'S OFFICE

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1927**
3 of 2 (2522-CC09849)

Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Case Number: 2522-CC09849**

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to:

_____PAN_____ (name) _Intake Specialist_ (title).

☑ other: __CT Corp_____.

Served at __5661 Telegraph Rd, Suite 413, 63129__ (address) in __St Louis__ (County/City of St. Louis), MO, on __03/18/2026__ (date) at __10:40__ (time).

_____KEVIN RENG_____         _____Kevin Rell_____
Printed Name of Officer or Server         Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____  _____
                                   Date                    Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - March 13, 2026 - 09:24 AM

Case Number: 2522-CC09849

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☑ other: _R.A. not at this address (new address) 13354 Manchester 63131_

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on __3/11/26__ (date)

at __11:05 am__ (time).

_Lynn Webbe_
Printed Name of Officer or Server

_Evan Walke_
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                              Date              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - March 13, 2026 - 09:24 AM

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2522-CC09849 |
| Plaintiff/Petitioner:<br>BRUCE A HUNTER JR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address |
| Defendant/Respondent:<br>ST. LOUIS CITY MUNICIPAL POLICE DEPT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

RECEIVED 26 MAR -3 AM 8:11

(Date File Stamp for Return)

The State of Missouri to:    **ST. LOUIS CITY MUNICIPAL POLICE DEPT**
**Alias:**
**C/O LEGAL DEPARTMENT**
**1915 OLIVE STREET**
**SAINT LOUIS, MO 63103**

**Other Addresses:**

## FILED AS A POOR PERSON

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*CITY OF ST LOUIS*

3/2/2026
_____
Date

_____
Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-1926**
1 of 2 (2522-CC09849)
Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo