UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

BRUCE HUNTER JR. )
)
, )
)
Plaintiff, )
)
v. ) Case No.
ST. LOUIS METROPOLITAN POLICE DEPARTMENT, )
CITY OF ST. LOUIS, )
DETECTIVE RYAN BUSCEMI, )
FIRST STUDENT, INC. )
AND , )
TARENCE HARDWICK )
)
Defendant, )
)

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY
WHEN INITIATING A NEW CASE.**

☒     THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER  4:26-cv-00370

AND ASSIGNED TO THE HONORABLE JUDGE  Shirley Padmore Mensah    .

☐     THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY

PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS _____ AND

THAT CASE WAS ASSIGNED TO THE HONORABLE _____ .  THIS CASE MAY,

THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐     NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT

COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE

MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 04/16/2026            /s/ Meg L. Fowler
                                              Signature of Filing Party